

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Russell Jay Wilkes,                                    * From the County Court at Law No. 2
                                                         of Ector County,
                                                         Trial Court No. 22-0388-CCL2.

Vs. No. 11-22-00360-CR                                 * April 4, 2024

The State of Texas,                                    * Memorandum Opinion by Trotter, J.
                                                         (Panel consists of: Bailey, C.J.,
                                                         Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the bill of costs to delete the first eight designated fees assessed and replace them with the local consolidated court cost fee prescribed by Section 134.102(a), $123, and to delete the $1,000 fine. As modified, we affirm the judgment of the trial court.